NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRYAN DIXON,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )         Case No. 2D17-3127
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____ )

Opinion filed March 7, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and KHOUZAM and LUCAS, JJ., Concur.